

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

STEVEN W. MYHRE
Acting United States Attorney
CRISTINA SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax (702) 388-6698
Cristina.Silva@usdoj.gov

Attorney for the United States of America

FILED

2017 AUG 28  PM 12: 13

U.S. MAGISTRATE JUDGE

BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

     Plaintiff

vs.

**DARION ROBINSON,**

     Defendant.

Magistrate No. ___

    2:17-mj-00872-VCF

**APPLICATION TO SEAL**

### GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT

COMES NOW the United States of America, by and through Steven W. Myhre,

Acting United States Attorney, and Cristina Silva, Assistant United States Attorney,

respectfully moves this Honorable Court for an Order sealing the Complaint, Warrant,

this Application and the Court's Sealing Order, in the above-captioned matter, until such

time as this Honorable Court, or another Court of competent jurisdiction, shall order

otherwise.

The Government submits that it is necessary for said documents to be sealed in

light of the fact that they make reference to information regarding an on-going

1

1   investigation.  The Government submits that disclosure of the information might possibly

2   jeopardize the investigation.  The Government submits that its right to secrecy far

3   outweighs the public's right to know.

4        DATED this 28th day of August, 2017.

5                                          Respectfully submitted,
                                           STEVEN W. MYHRE
6                                          Acting United States Attorney

7

8                                          _____

9                                          CRISTINA SILVA
                                           Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

FILED

**United States District Court**
**District of Nevada**

2017 AUG 28  PM 12: 13

U.S. MAGISTRATE JUDGE

BY_____

UNITED STATES OF AMERICA,

    Plaintiff

vs.

**DARION ROBINSON,**

    Defendant.

Case No. _____ 2:17-mj-00872-VCF _____

**SEALING ORDER**

Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, Warrant, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this _____ day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE